No. 99-6684. DONES v. JOHNSON, SUPERINTENDENT, ORLEANS CORRECTIONAL FACILITY; and GLAUDE v. ARTUZ, SUPERINTEND-

ENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. Reported below: 182 F. 3d 899 (first judgment); 189 F. 3d 460 (second judgment).